PER CURIAM.
Affirmed. See Nelson v. State, 188 So.2d 353 (Fla.3d DCA 1966); Walker v. State, 196 So.2d 8 (Fla.3d DCA 1967); Webster v. State, 201 So.2d 789 (Fla.4th DCA 1967); State v. Hetzko, 283 So.2d 49 (Fla.4th DCA 1973); Giannetta v. State, 296 So.2d 654 (Fla.2d DCA 1974); Porter v. State, 302 So.2d 481 (Fla.3d DCA 1974); State v. Daniel, 319 So.2d 582 (Fla.4th DCA 1975); Ponder v. State, 323 So.2d 296 (Fla.3d DCA 1975), and Jester v. State, 339 So.2d 242 (Fla.3d DCA 1976).